FILED
2007 Nov-27  PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LYNDA YOUNG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:07-cv-1981-UWC** |
| **WILL MILTON and** | ) | |
| **LAURA FULLBRIGHT,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

In her *pro se* complaint, Plaintiff Lynda Young alleges simply that

> When Mr. Milton came to my job of employment, he let me & every one on the job site that he definitely was there to fire me, with the help of Laura Fullbright which was my director.

Doc. 1, p.2. There are no other allegations against the Defendants.

Nothing in the complaint suggests diversity of citizenship or federal question jurisdiction. Plaintiff does not allege, for example, that she was discharged because of her sex, race, age, religion, or disability. In these circumstances, this Court lacks jurisdiction to proceed.

By separate order, for want of jurisdiction, the case will be dismissed without

prejudice.

_____
U.W. Clemon
United States District Judge